**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sean McKARN, Defendant–Appellant.**

No. 02–7307.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 27, 2002.

Decided Dec. 20, 2002.

Sean McKarn, Appellant Pro Se. Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILLIAM D. WILKINS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Sean McKarn seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that McKarn has not made a substantial showing of the denial of a constitutional right. *See United States v. McKarn,* Nos. CR–99–11; CA–00–194–5 (N.D.W.Va. July 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*